# Exhibit 1

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO.: 13-00518CA 42

ANDEE COHEN KOCHAVI,

        Plaintiff,

vs.

WAYNE COHEN,

        Defendant.
_____/

ESQUIRE EXPRESS, INC.
Esq Job _____
Srvc. Date _____ Time _____
By Serving _____
As _____ Type _____
Server _____
Cert No _____ In The _____ Judicial Cir

**CIVIL ACTION SUMMONS**  Married  Y  N   Military  Y  N

STATE OF FLORIDA:
To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this summons and a copy of the complaint in this lawsuit upon Defendant, WAYNE COHEN, by serving:

    **By Serving:**    WAYNE COHEN
                         3200 N. Lake Shore Drive, Apt. 1206
                         Chicago IL 60657

**Defendant is required to serve written defenses to the Complaint or Petition on:**

        **WOLFE LAW MIAMI, P.A.**
        *Attorney for Plaintiff*
        175 SW 7th Street
        Latitude One Building, Suite 2410
        Miami, FL 33130
        Phone: 305.384.7370

DATED: ____JAN 07 2013____

        HARVEY RUVIN
        As Clerk of the Court

                WILLIAM CARRICK 6130
        By_____
                As Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereinafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Teine 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser espojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-memo une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

| ☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
|---|---|---|
| ☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
| **DIVISION** ☒ CIVIL ☐ DISTRICTS ☐ FAMILY ☐ OTHER | **CIVIL COVER SHEET** | **CASE NUMBER** 13-005180A 42 |
| **PLAINTIFF** ANDEE COHEN KOVACHI | **VS. DEFENDANT** WAYNE COHEN | **CLOCK IN** |

The civil cover sheet and the information contained here does not replace the filing and service of pleadings or other papers as required by law. This form is required by the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075. See instructions and definitions on reverse of this form.

**TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

☐ 001 - Eminent Domain
☒ 003 - Contracts and Indebtedness
☐ 010 - Auto Negligence
☐ 022 - Products Liability
☐ 023 - Condominium
☐ **Negligence - Other**
　☐ 097 - Business Governance
　☐ 098 - Business Torts
　☐ 099 - Environmental/Toxin Tort
　☐ 100 - Third Party Indemnification
　☐ 101 - Construction Defect
　☐ 102 - Mass Tort
　☐ 103 - Negligent Security
　☐ 104 - Nursing Home Negligence
　☐ 105 - Premises Liability - Commercial
　☐ 106 - Premises Liability - Residential
　☐ 107 - Negligence - Other
☐ **Real Property/Mortgage Foreclosure**
　☐ 108 - Commercial Foreclosure $0 - $50,000
　☐ 109 - Commercial Foreclosure $50,001 - $249,999
　☐ 110 - Commercial Foreclosure $250,000 - or more
　☐ 111 - Homestead Residential Foreclosure $0 - $50,000
　☐ 112 - Homestead Residential Foreclosure $50,001 - $249,999
　☐ 113 - Homestead Residential Foreclosure $250,000 or more
　☐ 114 - Non-Homestead Residential Foreclosure $0 - $50,000
　☐ 115 - Non-Homestead Residential Foreclosure $50,001 - $249,999
　☐ 116 - Non-Homestead Residential Foreclosure $250,000 or more
　☐ 117 - Other Real Property Actions $0 - $50,000
　☐ 118 - Other Real Property Actions $50,001 - $249,999

☐ 119 - Other Real Property Actions $250,000 or more
☐ **Professional Malpractice**
　☐ 094 - Malpractice - Business
　☐ 095 - Malpractice - Medical
　☐ 096 - Malpractice - Other professional
☐ **Other**
　☐ 120 - Antitrust/Trade Regulation
　☐ 121 - Business Transactions
　☐ 122 - Constitutional Challenge - Statute or Ordinance
　☐ 123 - Constitutional Challenge - Proposed amendment
　☐ 124 - Corporate Trust
　☐ 125 - Discrimination - Employment or Other
　☐ 126 - Insurance Claims
　☐ 127 - Intellectual Property
　☐ 128 - Libel/Slander
　☐ 129 - Shareholder Derivative Action
　☐ 130 - Securities Litigation
　☐ 131 - Trade Secrets
　☐ 132 - Trust Litigation
　☐ **133 - Other Civil Complaint**
　　☐ 009 - Bond Estreature
　　☐ 014 - Replevin
　　☐ 024 - Witness Protection
　　☐ 080 - Declaratory Judgment
　　☐ 081 - Injunctive Relief
　　☐ 082 - Equitable Relief
　　☐ 083 - Construction Lien
　　☐ 084 - Petition for Adversary Preliminary Hearing
　　☐ 085 - Civil Forfeiture
　　☐ 086 - Voluntary Binding Arbitration
　　☐ 087 - Personal Injury Protection (PIP)

# COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐  No ☒

REMEDIES SOUGHT (check all that apply):

☒ monetary;
☐ non-monetary declaratory or injunctive relief;
☐ punitive

NUMBER OF CAUSES OF ACTION: [ ]
(specify) _____

IS THIS CASE A CLASS ACTION LAWSUIT?
☐ Yes
☒ No

HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?
☐ No
☒ Yes   If "Yes", list all related cases by name, case number, and court.

_____
_____
_____

IS JURY TRIAL DEMANDED IN COMPLAINT?
☒ Yes
☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____     Florida Bar # ____355607____
          Attorney or party                          (Bar # if attorney)

Richard C. Wolfe                                     1-7-12
(type or print name)                                 Date

CLK/CT 96 Rev. 12/09                           Clerk's web address: www.miami-dadeclerk.com

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO.:

13-00518CA 42

ANDEE COHEN KOCHAVI,

        Plaintiff,

vs.

WAYNE COHEN,

        Defendant.
_____/

## COMPLAINT

Plaintiff, ANDEE COHEN KOCHAVI ("KOCHAVI"), hereby files this complaint against Defendant, WAYNE COHEN ("COHEN"), and states the following:

### JURISDICTION AND PARTIES

1. This is an action for damages in excess of $15,000.00, exclusive of interest, costs and attorney's fees.

2. Kochavi is an individual who is a resident of Miami-Dade County, Florida. Cohen.

3. Cohen is not a resident of Miami-Dade County, but rather a resident of Cook County, Illinois.

4. Venue and jurisdiction is appropriate in appropriate in Miami-Dade County pursuant to F.S. § 48.011 because Cohen impacted tortious acts into Miami-Dade County as described herein.

## COMMON ALLEGATIONS

5.     Plaintiff seeks damages in excess of $15,000.00 (fifteen thousand dollars) because Cohen filed two complaints against Andee in Cook County Illinois, (case #05-CH4233 styled *Tewaan Corp v. Wayne Cohen, Terry* Cohen ("Terry") and Andee, Cohen & Kochavi et al (The "Tewaan Case") and in case #10CA33812 styled *Wayne Cohen v. Terry Cohen and Andre Cohen Kochovi* (the "Mortgage Case"). Cohen acted in these cases and he wrongfully asserted.

**In the Tewaan case, that Andee had:**

i) Aided and abetted Terry in illegally pledging Tewaan's property (Court II),

ii) Breached a fiduciary duty owed to Wayne (Counts III and V)

**In the Mortgage Case, that Andee had:**

i) Breached a fiduciary duty owed to Wayne (Count II)

ii) Was liable for contribution on a joint debt.

iii) Was obligated to give an accounting.

On March 1, 2012 the Judge in the Tewaan Case, dismissed the claims against Andee; which order of dismissal was a termination of the claims on the merits.

On December 30, 2011 the Judge in the Mortgage Case, dismissed Counts II and IV with prejudice and Count III to the extent the Count was premised upon Andee's failure to make mortgage payments, taxes, assessments and all remedies after August 5, 2005 which order of dismissal was a termination of the claims on the merits of each of the allegations against Andee were not truthful.

6.     Wayne, acting individually, collectively or through the direction of their attorneys, intentionally and maliciously prosecuted this case and served the complaint, in the Mortgage Case and with Tewaan Case in a wrongful manner, based upon allegations he knew to be untrue, with the express wrongful intent of causing Andee pain, anguish, embarrassment and to harm her personal and business reputation and to wrongfully obtain jurisdiction over a non-

resident entity, and to advance Wayne's other claims against Terry.

7. Put simply, when Andee would not agree to join Wayne as a Plaintiff in the two cases against Terry, he made false against Andee and made her a Defendant in both cases

## COUNT I

### ABUSE OF PROCESS

Andee readopts and realleges the allegations in Paragraphs 1 through 7 above, and further alleges:

8. In the litigation in the Mortgage Case and in the Tewaan Case Wayne willfully and intentionally misused process for a wrongful and unlawful purpose; by publishing allegations which Wayne knew to be untrue, with an ulterior motive, not intended by the law, including the filing of discovery with respect to the case pending against Wayne's brother Terry. Additionally Wayne maintained the lawsuits, to punish Andee to attempt to attempt to extort money from her and because Andee would not join, in Wayne's claims against Terry.

8. Wayne filed the two lawsuits against Andee not because he had a good faith belief that Andee engaged in the activities which he accused her of, but rather Wayne made such allegations with the express purpose of claiming a basis for jurisdiction over and assisting Wayne's claims against Terry. Accordingly Wayne used the forum of the Mortgage Case and the Tewaan Case to improperly litigate against Andee. Finally Wayne wrongfully instituted the Tewaan Case and the Mortgage knowing that no viable claims existed against Andee.

9. Wayne acted intentionally, and with malice, knowing that such actions would cause damage to Andee in complete disregard for Andee's rights.

10. As a proximate result of Wayne's actions Andee has been damaged.

WHEREFORE, Andee ask this Honorable Court to award her damages for abuse of process against Wayne, in an amount not less than $1,000,000.00.

3

## COUNT II
## MALICIOUS PROSECUTION

Andee readopts and realleges the allegations in Paragraphs 1 through 7 above, and further alleges:

10. This is a claim for malicious prosecution.

11. Wayne filed the Mortgage Case and the Tewaan Case against Andee, knowing that there were no facts which supported those claims against Andee.

12. There has been a bona fide termination of the allegations of the claims in favor of Andee. The termination was not filed for a procedural reason or due to a settlement, but rather, it was a termination on the merits.

13. Wayne filed the complaints in the Tewaan Case, and in the Mortgage Case, absent probable cause, knowing the allegations against Andee in of the complaints were false.

14. Wayne acted intentionally, willfully and with malice, in that he attempted to cause harm to Andee by the filing the complaints which he knew was based upon false allegations.

15. As a proximate result of Wayne's actions in the Mortgage Case and in the Tewaan Case, Andee has sustained damages.

WHEREFORE, Andee respectfully asks this Honorable Court to award her their damages for malicious prosecution, against Wayne in an amount not less than $10,000.000.

## DEMAND FOR JURY

Andee hereby requests trial by jury on all counts so triable.

4

January 7, 2013                              Respectfully submitted,

**WOLFE LAW MIAMI, P.A.**
*Attorneys for Plaintiff*
Latitude One Offices
175 SW 7th Street, Suite 2410
Miami, FL 33130
Phone: 305-384-7370
Fax: 305-384-7371

By: _____
RICHARD C. WOLFE
Florida Bar No.: 355607
rwolfe@wolfelawmiami.com
DARREN A. HEITNER
Florida Bar No.: 85956
dheitner@wolfelawmiami.com